JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMC AEROSPACE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ELBIT SYSTEMS LIMITED, and ELBIT SYSTEMS OF AMERICA LLC,<br><br>  Defendants. | Case No. CV 15-07595-AB (Ex)<br><br>[~~Proposed~~] Order of Dismissal |

Having received the Joint Notice of Settlement and Stipulation to Dismiss Claims filed by Plaintiff TMC Aerospace, Inc. and Defendants Elbit Systems Limited and Elbit Systems of America LLC, and in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES WITH PREJUDICE** all claims brought by Plaintiff TMC Aerospace, Inc., and **DISMISSES WITH PREJUDICE** all counterclaims brought by Defendants Elbit Systems of America LLC and Elbit Systems Limited, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: June 28, 2016  _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE